**ROSE LeVINE and DORIS LeVINE, v. JOHN I. ROBINSON, as Executor of the Estate of David Nissenbaum, deceased.**

36 So. (2nd) 774                                          June Term, 1948
July 23, 1948                                                En Banc
Rehearing denied September 21, 1948

*Martin D. Von Zamft, Von Zamft, Simon & Lake* and *Eric C. Van Enter,* for appellants.

*Walter C. Kovner,* for appellee.

PER CURIAM:

Affirmed.

TERRELL, CHAPMAN, ADAMS, BARNS and HOBSON, JJ., concur.

THOMAS, C. J., and SEBRING, JJ., dissent.

SEBRING, J., dissenting:

Although I agree that the equities of the cause are with the plaintiff below, it is my view that the Chancellor should have ordered a conveyance of the property involved to the plaintiff instead of requiring the purchase price of the property to be repaid by the appellants and decreeing that it should constitute a lien against the property. Therefore, I dissent from the judgment of affirmance entered by this court.